CITY HOUSING CORPORATION, Respondent, v. PETER J. HARTE, Appellant, and Others, Defendants.— Action to foreclose a mortgage. Order denying motion o, defendant Peter J. Harte to dismiss the complaint under rule 106, subdivision 5, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to said defendant to serve an answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

HELEN S. COHN, Respondent, v. BERNARD COHN, Appellant.— In view of the decision of the appeal herein (post, p. 537), decided herewith, the motion for a stay is dismissed. Present — Hagarty, Scudder, Tompkins, Davis and Johnston, JJ.

THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 1.) THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

S. FROMM, Respondent, v. HERBERT SILK CO., INC., Appellant; HERBERT MEYER, as President and Director of HERBERT SILK CO., INC., and Another, Defendants.— In view of the decision of the appeal herein (post, p. 537), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HAVILAND BUILDING CORPORATION, Respondent, v. JOSEPH SCADRON and Others, Appellants.— Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Hagarty, Carswell and Davis, JJ., Lazansky, P. J., not voting.

In the Matter of the Application of JEROME G. AMBRO, Appellant, for an Order of Mandamus against JOHN J. DORMAN, as Chairman, and JOHN J. CALLAHAN, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Estate of BERNARD FEENEY, Deceased. JOHN JAMES CONROY, Coexecutor, etc., of BERNARD FEENEY, Deceased, Appellant; MARGARET FEENEY, Claimant, and JAMES JOSEPH FEENEY, Coexecutor, etc., of BERNARD FEENEY, Deceased, Respondents.— In view of the decision in Matter of Feeney (post, p. 539), decided herewith, the motion for a stay pending appeal is dismissed. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.